IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED

SEP 05 2024

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) No. CR 24-359SLP |
| AJALEIN MONROE and TREAVEON TAYLOR, | ) Violations: 21 U.S.C. § 841(a)(1) |
| | ) 18 U.S.C. § 2 |
| Defendants. | ) |

**INDICTMENT**

The Federal Grand Jury charges:

**COUNT 1**
**(Distribution of Fentanyl)**

On or about July 15, 2024, in the Western District of Oklahoma, ------------------------------------ AJALEIN MONROE and TREAVEON TAYLOR ---------------------------------------- knowingly and intentionally distributed a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1–(2–phenylethyl)–4–piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 2
### (Distribution of Fentanyl Analogue)

On or about July 17, 2024, in the Western District of Oklahoma,

---------------------------------- AJALEIN MONROE and
TREAVEON TAYLOR --------------------------------------

knowingly and intentionally distributed 10 grams or more of a mixture or substance containing a detectable amount of fluorofentanyl, an analogue of N-phenyl-N-[1–(2–phenylethyl)–4–piperidinyl] propanamide (fentanyl), a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 3
### (Distribution of Fentanyl)

On or about July 17, 2024, in the Western District of Oklahoma,

------------------------------------ AJALEIN MONROE ------------------------------------

knowingly and intentionally distributed a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1–(2–phenylethyl)–4–piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 4
### (Distribution of Fentanyl Analogue)

On or about July 18, 2024, in the Western District of Oklahoma,

---------------------------------- TREAVEON TAYLOR ----------------------------------

knowingly and intentionally distributed 10 grams or more of mixture or substance containing a detectable amount of fluorofentanyl, an analogue of N-phenyl-N-[1–(2–phenylethyl)–4–piperidinyl] propanamide (fentanyl), a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(B).

## COUNT 5
### (Distribution of Methamphetamine)

On or about July 24, 2024, in the Western District of Oklahoma,

-------------------------------------- TREAVEON TAYLOR --------------------------------------

knowingly and intentionally distributed 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(B).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

JASON M. HARLEY
Assistant United States Attorney

3